NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHAEL E. CUMMINGS,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-446
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )


Opinion filed November 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Michael E. Cummings, pro se.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and NORTHCUTT and BLACK, JJ., Concur.